**1661-14**

# ELECTRONIC RECORD

COA #   10-13-00394-CR

OFFENSE: Ct 1-Aggravated Kidnapping; Ct 2-Aggravated Robbery; Ct 3-Evading Arrest or Detention w/a prior

STYLE: Marco Polo Medina-Gonzalez v. The State of Texas

COUNTY: McLennan

TRIAL COURT: 54th District Court
TRIAL COURT #: 2012-2077-C2
TRIAL COURT JUDGE: Hon. Matt Johnson
DISPOSITION: AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: NOVEMBER 20, 2014

JUSTICE: CHIEF JUSTICE GRAY   PC ___   S   X

PUBLISH: _____   DNP: X

CLK RECORD: DECEMBER 13, 2013

RPT RECORD: FEBRUARY 25, 2014
STATE BR: OCTOBER 17, 2014
APP BR: SEPTEMBER 17, 2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: FEBRUARY 25, 2014 (to be sent separately)
SUPP BR: _____
PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # **1661-14**

---------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: _03/04/2015_
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

---------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____